**Judgment in a Civil Case**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DALE L. THROGMORTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL NO. 03-593-PMF** |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court for judicial review. The Court having affirmed the Commissioner's final decision,

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of Defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against Plaintiff Dale E. Throgmorton.

DATED:  May 23, 2005.	NORBERT G. JAWORSKI, CLERK


	By: s/Karen R. Metheney
	    Deputy Clerk

**APPROVED:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**